UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR KNIGHT, ) | Case No.: 1:21-cv-0208 JLT |
| ) | |
| Plaintiff, ) | ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME |
| ) | |
| v. ) | |
| ) | (Doc. 15) |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On November 8, 2021, the Commissioner filed a stipulation of the parties for an extension of 45 days to respond to Plaintiff's opening brief. (Doc. 15.) Chantal Jenkins, counsel for the Commissioner, asserts that the time is necessary due to leave from a work-related injury and her current workload. (*Id.* at 1-2.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 15) is **GRANTED**; and
2. The Commissioner **SHALL** file a response no later than **December 23, 2021**.

IT IS SO ORDERED.

Dated:   **November 9, 2021**          _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE